AO 91 (Rev. 11/11) Criminal Complaint



# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christopher Charles Perez | ) | Case No. SA-20-MJ-522 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 5, 2020__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1038 | Hoaxes Involving Biological Agents |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Raymond P. Martinez III, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/07/2020__

*Judge's signature*

City and state: __San Antonio, Texas__   Richard B. Farrer, U.S. Magistrate Judge
*Printed name and title*