UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CHARLES PEREZ<br><br>Defendant. | CRIMINAL NO: <u>SA-20-MJ-521</u> |

## GOVERNMENT'S MOTION TO UNSEAL
## CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT AND ARREST WARRANT

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas, and would advise the Court of the following:

At the time of the issuing of the Criminal Complaint, Affidavit and Arrest Warrant, it was imperative to seal these documents to avoid the investigation being jeopardized prior to the arrest of the Defendant. Based on its belief that the Defendant has been arrested or are aware this Complaint is pending, it is no longer necessary to have the documents in this case sealed.

WHEREFORE, PREMISES CONSIDERED, the United States moves this Court to enter an Order unsealing the Criminal Complaint, Affidavit and Arrest Warrant and all other documents in the above-captioned case.

Respectfully submitted,

**JOHN F. BASH**
**UNITED STATES ATTORNEY**

BY:  _____//s//_____
MARK T. ROOMBERG
Assistant U.S. Attorney
United States Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIMINAL NO: <u>SA-20-MJ-521</u> |
| CHRISTOPHER CHARLES PEREZ | |
| Defendant. | |

# ORDER

Having come to the attention of the Court that Defendant is currently in custody and has been determined it no longer serves the public interest for the Criminal Complaint, Affidavit and Arrest Warrant and all documents in the above-captioned case to remain sealed from public inspection.

Therefore, the United States District Clerk is ORDERED to unseal the Criminal Complaint, Affidavit and Arrest Warrant and all documents in the case and file it in the public records of this Court.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE