FILED

JUL -8 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No. SA20CR0283DAE |
| | § | **INDICTMENT** |
| v. | § | |
| | § | COUNTS ONE and TWO: (18 U.S.C. § |
| | § | 1038(a)(1) False Information and |
| | § | Hoaxes. |
| | § | |
| CHRISTOPER CHARLES PEREZ, | § | |
| a/k/a, CHRISTOPHER ROBBINS | § | |
| | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 1038(a)(1)]

On or about April 5, 2020, in the Western District of Texas, the defendant,

**CHRISTOPER CHARLES PEREZ,
a/k/a, CHRISTOPHER ROBBINS,**

did intentionally convey false and misleading information, that is he posted on Facebook the following: "PSA!! Yo rt HEB MERCADO!! My homeboys cousin has covid19 and has licked every thing for past 2 days cause we paid him too [4 EMOTICONS]...big difference is we told him not to be these fucking idiots who record and post online...YOU'VE BEEN WARNED!!! HEB on nogalitos next ;)," under circumstances where such information may reasonably have been believed, that indicated that an activity had taken place and would take place, that would constitute a violation of Title 18, United States Code, Section 175, the knowing transfer of any biological agent for use as a weapon or threatens to do the same.

In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT TWO
## [18 U.S.C. § 1038(a)(1)]

On or about April 5, 2020, in the Western District of Texas, the defendant,

**CHRISTOPER CHARLES PEREZ,**
**a/k/a, CHRISTOPHER ROBBINS,**

did intentionally convey false and misleading information, that is he posted on Facebook the following: "Lol..I did try to warn y'all but my homegirl changed my mind...mercado already is, nogalitos location next....," under circumstances where such information may reasonably have been believed, that indicated that an activity had taken place and would take place, that would constitute a violation of Title 18, United States Code, Section 175, the knowing transfer of any biological agent for use as a weapon or threatens to do the same.

In violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL

FOREPERSON

JOHN F. BASH
United States Attorney

_____
MARK ROOMBERG
Assistant United States Attorney

_____
WILLIAM R. HARRIS
Assistant United States Attorney