UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-20-CR-283 DAE |
| CHRISTOPHER CHARLES PEREZ | § § § | |

## NOTICE OF APPEAL

Defendant Christopher Charles Perez gives notice that he appeals to the Fifth Circuit Court of Appeals from the judgment and conviction pronounced by the United States District Court in this case. Judgment was pronounced on October 4, 2021. Judgment has not been entered.

DATED this 6th day of October 2021.

                                          Respectfully submitted.

                                          MAUREEN SCOTT FRANCO
                                          Federal Public Defender

                                          /s/ALFREDO R. VILLARREAL
                                          Assistant Federal Public Defender
                                          Western District of Texas
                                          727 E. César E. Chávez Blvd., B-207
                                          San Antonio, Texas  78206-1205
                                          Tel.: (210) 472–6700
                                          Fax.: (210) 472-4454
                                          State Bar Number: 20581850

                                          *Counsel for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-20-CR-283 DAE |
| CHRISTOPHER CHARLES PEREZ | § § § | |

**DESIGNATION OF RECORD**

Christopher Charles Perez designates as the record on appeal a certified copy of the docket entries prepared by the District Clerk, and all of the original documents and instruments filed with the District Clerk, including but not limited to: all exhibits entered into evidence by either the government or defendant, and a complete transcript of all court proceedings including the sentencing held on October 4, 2021.

DATED this 6th day of October 2021.

                              Respectfully submitted.

                              MAUREEN SCOTT FRANCO
                              Federal Public Defender

                              /s/ALFREDO R. VILLARREAL
                              Assistant Federal Public Defender
                              Western District of Texas
                              727 E. César E. Chávez Blvd., B-207
                              San Antonio, Texas  78206-1205
                              Tel.: (210) 472–6700
                              Fax.: (210) 472-4454
                              State Bar Number: 20581850

                              *Counsel for Defendant*

## CERTIFICATE OF SERVICE

On, the 6th day of October 2021, I filed with the Clerk of the Court using the CM/ECF system who will serve the foregoing Notice of Appeal and Designation of Record on the following:

Ashley C. Hoff, United States Attorney
Joe Gay, Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

/s/ALFREDO R. VILLARREAL
*Counsel for Defendant*