**AO 435** (Rev. 03/08) (WDTX Mod. 6/5/08)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
**DUE DATE:**

| # | Field | Value |
|---|---|---|
| 1 | NAME | ALFREDO R. VILLARREAL |
| 2 | PHONE NUMBER | (210) 472-6700 |
| 3 | DATE | 10/6/2021 |
| 4 | MAILING ADDRESS | 727 E. CESAR E. CHAVEZ BLVD, STE. B-207 |
| 5 | CITY | SAN ANTONIO |
| 6 | STATE | TX |
| 7 | ZIP CODE | 78206 |
| 8 | CASE NUMBER | SA-20-CR-283 |
| 9 | JUDGE | Hon David A Ezra |
| 10 | FROM | 6/8/2021 |
| 11 | TO | 10/4/2021 |
| 12 | CASE NAME | USA v. Perez |
| 13 | CITY | SAN ANTONIO |
| 14 | STATE | TX |

**15. ORDER FOR**
- [x] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | Motion hearing | 6/8/21 |
| [ ] OPINION OF COURT | | Pretrial Conference | 6/14/21 |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [x] SENTENCING | 10/4/2021 | Jury trial | 6/16/21; 6/17/21; 6/21/21 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL**

**18. SIGNATURE** *Alfredo R. Villarreal*

**19. DATE** 10/6/2021

**PROCESSED BY**

**PHONE NUMBER**

**TRANSCRIPT TO BE PREPARED BY**

**COURT ADDRESS**

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

## TRANSCRIPT ORDER FORM

District Court: __Western District of Texas/San Antonio__  District Court Docket No. __SA-20-CR-283__

Short Case Title: __USA v. Perez__  Court Reporter: __Angela Hailey__

**ONLY ONE COURT REPORTER PER FORM**

Date Notice of Appeal Filed by Clerk of District Court: October 6, 2021  Court of Appeals No.: _____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have b

A. Complete the Following:

☐No Hearings  ☐Transcript is unnecessary for appeal purposes  ☐Transcript is already on file in the Clerk's

or

**Check All of the Following that Apply, Enter the date of the proceeding in the blank line**.

This is to Order a Transcript of the following proceedings: ☐Bail Hearing: _____  ☐Voir Dire:____
☐Opening Statement of Plaintiff:_____  ☐Opening Statement of Defendant:_____
☐Closing Argument of Plaintiff:_____  ☐Closing Argument of Defendant:_____
☐Opinion of court:_____  ☐Jury Instructions:_____  ☐Sentencing:_____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 6/8/21 | Motion hearing | Hon David A Ezra |
| 6/14/21 | Pretrial Conference | Hon David A Ezra |
| 6/16/21 | Jury Trial | Hon David A Ezra |
| 6/17/21 | Jury Trial | Hon David A Ezra |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the transcript.** The method of payment will be:
☐Private Funds;  ☐Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐Other IFP Funds;  ☐Advance Payment waived by reporter;  ☐U.S. Government Funds
■Other __Invoice FPD__

Signature __/s/__  Date Transcript Ordered __October 6, 2021__
Print Name __Alfredo R. Villarreal__  Phone: __210-472-6700__
Counsel for __Christopher Charles Perez__
Address __727 E. Cesar E. Chavez Blvd., Suite B-207, San Antonio, Texas 78206__

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐Deposit not received  ☐Unable to contact ordering party
☐Other (Specify)_____

Date:_____  Signature of Reporter:_____  Tel._____
Address of Reporter:_____

Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____  Actual Number of Volumes:_____

Date: _____  Signature of Reporter:_____

**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

## TRANSCRIPT ORDER FORM

District Court: __Western District of Texas/San Antonio__  District Court Docket No. __SA-20-CR-283__

Short Case Title: __USA v. Perez__  Court Reporter: __Angela Hailey__

**ONLY ONE COURT REPORTER PER FORM**

Date Notice of Appeal Filed by Clerk of District Court: October 6, 2021  Court of Appeals No.: _____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have b

**A. Complete the Following:**

☐ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's

or

**Check All of the Following that Apply, Enter the date of the proceeding in the blank line**.

This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____  ☐ Voir Dire: __
☐ Opening Statement of Plaintiff: _____  ☐ Opening Statement of Defendant: _____
☐ Closing Argument of Plaintiff: _____  ☐ Closing Argument of Defendant: _____
☐ Opinion of court: _____  ☐ Jury Instructions: _____  ☐ Sentencing: __10/4/21__

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 6/21/21 | Jury Trial | Hon David A Ezra |
| 10/4/21 | Sentencing | Hon David A Ezra |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the transcript.** The method of payment will be:

☐ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds
☒ Other __Invoice FPD__

Signature __/s/__  Date Transcript Ordered __October 6, 2021__
Print Name __Alfredo R. Villarreal__  Phone: __210-472-6700__
Counsel for __Christopher Charles Perez__
Address __727 E. Cesar E. Chavez Blvd., Suite B-207, San Antonio, Texas 78206__

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party
☐ Other (Specify) _____

Date: _____  Signature of Reporter: _____  Tel. _____
Address of Reporter: _____

Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____  Actual Number of Volumes: _____

Date: _____  Signature of Reporter: _____